**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 98-60169**
**Summary Calendar**
_____

**WOODROW JONES,**

**Plaintiff-Appellant,**

**VERSUS**

**BROOKHAVEN SCHOOL DISTRICT, also known as**
**Brookhaven Separate,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(3:97-CV-274-BN)
_____

October 7, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

In April 1997, Woodrow Jones ("Jones") filed suit in the United States District Court for the Southern District of Mississippi against his employer, Brookhaven School District ("Brookhaven"), alleging discrimination on the basis of race and age. In November 1997, Brookhaven filed a motion to dismiss or, in the alternative, a motion for summary judgment which was ultimately granted in February 1998. Jones timely appealed. We

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself. For the reasons stated by the district court in its Opinion and Order filed under date of February 18, 1998, we AFFIRM the Final Judgment entered herein on February 18, 1998.

**AFFIRMED.**

2